the bills of exceptions to the Supreme Court in both cases were certified by the trial judge, the plaintiffs in each case filed amendments to their respective original petitions. Demurrers were interposed to the several amendments, and to each petition as amended, upon general and special grounds. After the filing of the demurrers last mentioned, the cases were consolidated by order of the court on April 20, 1927. At the hearing of the consolidated cases the defendants made an oral motion to dismiss both petitions as amended. The court overruled that motion, and also the several demurrers to the petition as amended. The defendants excepted to the consolidation of the cases, to the overruling of the oral motion, and to the overruling of the demurrers.

*A. S. Grove* and *Jones, Evins, Moore & Powers,* for plaintiffs in error.

*W. J. Davis Jr., Bryan & Middlebrooks, A. Sams, G. B. Rush, R. T. Efurd, G. M. Wilson,* and *Pearce Matthews,* contra.

---

### KERR *v.* SPEER *et al.,* trustees.

This case came before this court upon a writ of error from the superior court of Whitfield County, and the same being for a decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Gilbert, J., being of the opinion that the judgment of the trial court should be reversed, and Atkinson, Hill, and Hines, JJ., being of the opinion that the judgment should be affirmed, the judgment of the trial court stands affirmed by operation of law.

No. 5843. FEBRUARY 15, 1928.

Complaint for land. Before Judge Tarver. Whitfield superior court. December 27, 1926.

*D. W. Mitchell* and *W. E. & Gordon Mann,* for plaintiff in error. *J. A. McFarland,* contra.

---

Appeal and Error, 4 C. J. p. 1122, n. 35.